A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Nov 13, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 28, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

FILED
NOV 13 2009

CONDITIONAL TRANSFER ORDER (CTO-4)

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2009). Since that time, 24 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Nov 13, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED TRUE COPY
Clerk of Court
BY: [signature]
Deputy Clerk
Date 11/18/09

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2100

### SCHEDULE CTO-4 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **CALIFORNIA NORTHERN** | | |
| CAN 3 09-4980 | Susan Galinis, et al. v. Bayer Corp., et al. | 09-20079-DRH-PMF |
| **ILLINOIS CENTRAL** | | |
| ILC 1 09-1352 | Jennifer Engholm v. Bayer Corp., et al. | 09-20080-DRH-PMF |
| **MINNESOTA** | | |
| MN 0 09-2933 | Camille Goldsmith v. Bayer Corp., et al. | 09-20081-DRH-PMF |
| MN 0 09-2934 | Cindy Doughty v. Bayer Corp., et al. | 09-20082-DRH-PMF |
| MN 0 09-2935 | Cherie Twitty-Burgess v. Bayer Corp., et al. | 09-20083-DRH-PMF |
| **NEW YORK EASTERN** | | |
| NYE 1 09-4317 | Mary Price, et al. v. Bayer Corp., et al. | 09-20084-DRH-PMF |
| **TENNESSEE EASTERN** | | |
| TNE 3 09-443 | Carole Jayne Atkins, et al. v. Bayer Corp., et al. | 09-20085-DRH-PMF |
| **TEXAS SOUTHERN** | | |
| TXS 4 09-3369 | Veronica Bruce v. Bayer Corp., et al. | 09-20086-DRH-PMF |
| TXS 4 09-3375 | Sharon Gerchow v. Bayer Corp., et al. | 09-20087-DRH-PMF |